JACOB M. BEITLER, Respondent, v. RAYMOND RIORDON CORPORATION,

Appellant.— Motion denied, with leave to apply at Special Term to amend the notice of appeal.  Present — Jenks, P. J., Stapleton, Mills, Rich and Blackmar, JJ.